

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00225-CV

---

In re Alejandro Hernandez, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Judge Sue Kurita, Judge of County Court at Law No. 1 of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 24th day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.